USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIKTORIYA POLANCO, on behalf of all others similarly situated,

                Plaintiff,

-against-

BIOSKIN LASER L.L.C, BIOSKIN LASER II L.L.C, and SANTA VAYNSHENKER.

                Defendants.

22-CV-4101 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on May 19, 2022, Dkt. 1;

    WHEREAS service of summons and the Complaint were timely made on Defendants, Dkts. 7, 8;

    WHEREAS the deadline for Defendants Bioskin Laser II LLC and Bioskin Laser LLC to answer or otherwise respond to the Complaint was July 5, 2022, Dkt. 8, and the deadline for Defendant Santa Vaynshenker to answer or otherwise respond to the Complaint was June 22, 2022, Dkt. 7, and no Defendant has answered or otherwise responded; and

    WHEREAS on August 2, 2022, the Court ordered Plaintiff, by August 12, 2022, to either apply for a certificate of default against all Defendants or show cause why the case should not be dismissed for failure to prosecute, Dkt. 10, and Plaintiff has not done either.

    IT IS HEREBY ORDERED that this case is DISMISSED without prejudice for failure to prosecute under Federal Rule 41(b) of Civil Procedure. The Clerk of Court is further directed to terminate all open motions and close the case.

**SO ORDERED.**

Date: August 14, 2022
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**